# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARDINAL HUNTON, LLC AND<br>TAUREX RESOURCES PLC,<br><br>Plaintiffs,<br><br>v.<br><br>LEGACY ENERGY, LLC,<br><br>Defendant. | Case No. CIV-09-056-FHS |

## **ORDER**

Upon stipulation by the Plaintiffs (Docket No. 29), the above referenced case and all claims herein are hereby dismissed without prejudice as to Defendant, Legacy Energy, LLC. Each party is to bear its own attorney fees and costs.

Dated this 5th day of October, 2009.

Frank H. Seay
United States District Judge

1940219.01